IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**WESLEY E. GRISSOM**  **PLAINTIFF**
**ADC #110265**

v.  CASE NO. 4:22-CV-00874-BSM

**CHARLIE FREYDER,** *et al.*  **DEFENDANTS**

## ORDER

Having carefully reviewed the record, United States Magistrate Judge Patricia S. Harris's recommended disposition [Doc. No. 3] is adopted. Wesley Grissom's motion for leave to proceed *in forma pauperis* [Doc. No. 1] is denied, and his case is dismissed without prejudice. Grissom will have thirty (30) days from the date of this order to reopen this case by paying the $402 filing fee in full and filing a motion to reopen.

IT IS SO ORDERED this 18th day of October, 2022.

_____
UNITED STATES DISTRICT JUDGE