IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**WESLEY E. GRISSOM**  **PLAINTIFF**
**ADC #110265**

v.  CASE NO. 4:22-CV-00874-BSM

**CHARLIE FREYDER,** *et al.*  **DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 18th day of October, 2022.

_____
UNITED STATES DISTRICT JUDGE